≫AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY - 8 2007
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

# UNITED STATES DISTRICT COURT

EASTERN District of ARKANSAS

UNITED STATES OF AMERICA
V.

RONALD ROGERS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 4:03cr00095-01 JMM
USM Number: 05407-010

Jenniffer Horan
Defendant's Attorney

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 08 2007
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) General, Std 1 & 11 and Special of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from committing another crime | 7/23/06 |
| Standard 1 | Failure to obtain permission to leave the judicial district | 7/23/06 |
| Standard 11 | Failure to notify the probation officer within seventy two hours of being arrested by a law enforcement officer | 7/23/06 |
| Special | Failure to abstain from the use of alcohol | 7/23/06 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ***-**-5192

Defendant's Date of Birth: **/**/1967

Defendant's Residence Address:

Redacted Pursuant to JCUS Policy

Defendant's Mailing Address:

Redacted Pursuant to JCUS Policy

May 8, 2007
Date of Imposition of Judgment

/s/ James M. Moody
Signature of Judge

James M. Moody
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

May 8, 2007
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

| | Judgment — Page _2_ of _2_ |
|---|---|
| DEFENDANT: RONALD ROGERS | |
| CASE NUMBER: 4:03cr00095-01 JMM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    five (5) months

X   The court makes the following recommendations to the Bureau of Prisons:
    Defendant shall participate in residential or nonresidential substance abuse treatment during incarceration.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at  _____  ☐ a.m.  ☐ p.m.  on  _____ .

   ☐   as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   X   before 2 p.m. on   June 18, 2007         .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL